# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| Woodbridge Group of Companies, LLC | : Case No.: 17-12560 (BLS) |
| Debtor. | : |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | : **MEDIATION STATUS REPORT** |
| Plaintiff, | : Adv. Proc. No.: 19-50808 (BLS) |
| v. | : |
| IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA; Lynette Eddy, | : |
| Defendant. | : |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

__X__    A mediation session scheduled to occur on March 9, 2021.

_____    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

_____    OTHER:

Dated: January 19, 2021        */s/ Judith K. Fitzgerald*
Judith K. Fitzgerald (PA I.D. No. 18110)
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA  15222
(412) 594-1212

TADMS:5445388-1 035888-190641