**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re:<br><br>Woodbridge Group of Companies, LLC,<br><br>Debtors. | : | Chapter 11<br><br>Case No.: 17-12560-BLS |
| Michael Goldberg,<br><br>Plaintiff,<br><br>v.<br><br>Marcella P. Best,<br><br>Defendant. | : | Adv. Proc. No.: 19-50819 |

**MEDIATOR'S CERTIFICATE OF COMPLETION**

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a) The following individuals were present:

(1) Counsel (name and party representing):

Counsel for Plaintiffs: Jason Pomerantz, Esq. of Pachulski Stang Ziehl & Jones
Counsel for Defendant: James Huggett, Esq. of Margolis Edelstein

(b) The following parties failed to appear and/or participate as ordered:

(1) Parties (name and capacity): None

(c) The outcome of the mediation conference was:

_____ The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days.

_____ The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those

claims or issues which have been resolved within twenty (20) days.

_____ The following issues remain for this court to resolve:

__X__ The matter has not been resolved and should proceed to trial.

_____ OTHER: The parties were able to completely resolve this with the assistance of the mediator prior to a formal mediation session.

Dated: January 4, 2022

Mediator

*/s/ Leslie A. Berkoff*

Leslie A. Berkoff (#4584)
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000